UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO P. MARTINEZ, JR.
and JOYCE ANN MARTINEZ,
his wife,

      Plaintiffs,

vs.                                                 CASE NO. 3:08-cv-1231-J-TEM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.
_____

## O R D E R

This case is before the Court on the Defendant's Motion for Compulsory Physical Examination of Plaintiff (Doc. #32), filed October 22, 2009. To date, no opposition to the instant motion has been filed by Plaintiffs and the response period has expired. *See* Loc. R. 3.01(b), United States District Court, Middle District of Florida. Therefore, the Court will treat the motion as unopposed.

Pursuant to Rule 35, Fed. R. Civ. P., when the physical condition of a party is in controversy, the Court in which the action is pending may order the party to submit to a physical examination by a suitably licensed or certified examiner. Upon review of all documents filed in this case, the Court finds Plaintiff Antonio P. Martinez, Jr. has indeed placed his physical condition into controversy and that good cause exists for the medical examination. The Court further finds no opposition has been expressed regarding the qualifications Dr. Abraham Rogozinski, M.D., and thereby finds Dr. Rogozinski's qualifications as a medical doctor to be satisfactory under Rule 35.

Accordingly, Defendant's Motion for Compulsory Physical Examination of Plaintiff (Doc. #32) is hereby **GRANTED**. Plaintiff shall appear and submit to the orthopaedic examination identified in paragraph three of Defendant's Motion (Doc. #32).

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of November, 2009.

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

Copies to all counsel of record
 and *pro se* parties, if any